FILED
January 10, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004003188

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX:    (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>**ALFRED GARCIA SIERRA and**<br><br>**MARY HELEN SIERRA**<br><br><br><br><br><br>Debtors. | Case No.: 11-61600-A-7<br><br>DC No.: SAS-2<br><br>**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**<br>**(11 U.S.C. Sec. 363(b)(1);(f))**<br><br>**Date:** February 15, 2012<br>**Time:** 9:00 A.M.<br> **Dept:** A<br> **Judge:** Honorable Whitney Rimel |

Sheryl Strain, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on October 21, 2011. I was appointed Chapter 7 Trustee on October 24, 2011.

3. I have reviewed the assets of this estate. The subject personal property is a 2004 Chevrolet Tahoe ("Tahoe") Vehicle Identification Number 1GNEC13V34R127733.

4. As Trustee, I wish to sell the Tahoe so that the proceeds can benefit the estate. I have elected to sell the Tahoe by means of public auction to be held on February 21, 2012 at 5:30 p.m. at 1328 N. Sierra Vista, Suite B, Fresno, California.

5. I have obtained an Order employing an auctioneer, Baird Auctions &Appraisals.

  6. I believe that the sale is in the best interest of the estate.

  7. The property proposed to be sold constitutes a portion of the personal property of the debtor at the time the case was filed.

  8. I am informed and believe that the subject assets are not subject to any liens.

  **WHEREFORE,** the Trustee prays:

  1. For an order approving the public auction sale of the subject property described above, to be held on February 21, 2012, 5:30 p.m. at 1328 N. Sierra Vista, Suite B, Fresno, California; and

  2. For such other and further relief as the Court deems just and proper.

Dated: __1/7/12__           /s/ Sheryl A. Strain
                 Sheryl A. Strain
                 Chapter 7 Trustee